# UNITED STATES DISTRICT COURT

District of Alaska

## SEARCH WARRANT

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Express Mail parcel EG801210872US, bearing postage for the amount of $54.65, addressed to ""Debbie Cook, PO Box 35826, Juneau AK 99803" from "Nancy Goodman, 3386 Stewart, LA CA 90064".

Case Number: 1:13-mj-00008-LCL

TO: ANY U.S. POSTAL INSPECTOR OF THE U.S. POSTAL INSPECTION SERVICE (USPIS)    or any Authorized Officer of the United States

Affidavit(s) having been made before me by   Nelson Y. Rivera   who has reason to believe
Affiant

that ☐ on the person of, or ☒ on the premises known as (name, description and/or)

The above described article, currently located at 9491 Vintage Boulevard Juneau, AK 99801.

in the    District of    Alaska    there is now
concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely Oxycodone, cocaine, marijuana, methamphetamine, and heroin, in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   July 19, 2013
Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the

search ☒ in the daytime — 6:00 AM to 10:00 P.M.   ☐ at anytime in the day or night as I find reasonable cause has been established

established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to

as required by law.

U.S. Magistrate Judge   (Rule 41 (f)(4))

at   Juneau, AK

Date and Time Issued   July 9, 2013

Leslie Longabach / U.S. Magistrate Judge
Name and Title of Judge

**Signature Redacted**
Signature of Judge

| AO 93 | (Rev. 12/03) Search Warrant (Reverse) | | |
|---|---|---|---|
| **RETURN** | | Case Number: | 1:13-mj-00008-LCL |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH | |
| 9 Jul 13 | July 9, 2013, 4:30pm | USPS | |
| INVENTORY MADE IN THE PRESENCE OF | | | |
| S/A Matt Judy | | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

12.9 grams Methamphetamine

No further things taken

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Signature Redacted — USPIS
Nelson Y. Rivera

Subscribed, sworn to, and returned before me this date.

Signature Redacted
Signature of Judge

Date: 7·24·13


EXTREMELY URGENT  Please Rush To Addressee

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postage


UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
LOS ANGELES, CA 90066
JUL 03, 13
AMOUNT
$19.95

PLEASE PRESS FIRMLY


EXPRESS MAIL
UNITED STATES POSTAL SERVICE

# Flat Rate Mailing Envelope
**For Domestic and International Use**

*Visit us at usps.com*


EMS

When used internationally affix customs declarations (PS Form 2976, or 2976A).

801210872 US


EXPRESS MAIL
UNITED STATES POSTAL SERVICE

**Mailing Label**
Label 11-B, March 2004

**Post Office To Addressee**

Postage $19.95
Total Postage & Fees $19.95

TO: (PLEASE PRINT)
DEBBIE COOK
P.O. BOX 35824
JUNEAU AK 99803

SENDER HAS WAIVED SIGNATURE REQUIREMENT
PLEASE DELIVER PER DMM 263.2